**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS EDWARDS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 15-5615** |
| | : | |
| **SUPERINTENDENT MICHAEL OVERMYER,** *et al.* | : | |

## ORDER

This 21st day of August, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion for Relief from Judgment under Rule 60(b), ECF 41, is **DENIED**. No certificate of appealability shall issue.

    /s/ Gerald Austin McHugh
United States District Judge